EASTERN DIST.
*June,* 1836.

EBER
*vs.*
TOURNE & BECK-
WITH ET AL.

The owners of steam-boats are liable for the injury done, and loss sustained by individuals, through the negligence or misconduct of their masters.

EBER *vs.* TOURNE & BECKWITH ET AL.

APPEAL FROM THE COURT OF THE FIRST JUDICIAL DISTRICT.

The owners of steam-boats are liable for losses occasioned by collisions and injuries done by them to other vessels, which might have been avoided by due diligence and care.

This is an action to recover the value of sixty hogsheads of sugar, which the plaintiffs had shipped on board the

EASTERN DIST.
June, 1836.

ALEXANDER
vs.
EVANS ET AL.

schooner Cultivator, for New-Orleans, which was sunk in the Mississippi river by the steam-boat Abeona, owned by the defendants, and which was alleged to have been occasioned by the mismanagement of the officers of said steam-boat.

The defendants pleaded a general denial. The case was decided on the evidence introduced in the preceding case of Madame Brand against the same defendants and Sauné against the same. 9 *Louisiana Reports,* 325 and 428.

The district judge decided that the defendants be discharged from all liability. The plaintiff appealed.

*Shepard* and *Deblieux* for the plaintiff.

*Seghers, contra.*

The owners of steam-boats are liable for losses occasioned by collisions, and injuries done by them to other vessels, which might have been avoided by due diligence and care.

*Bullard, J.,* delivered the opinion of the court.

This case cannot be distinguished from that of Brand against the same parties, just decided. The suit is brought to recover another portion of the cargo of the schooner Cultivator. The evidence shows the value of the sugar belonging to the plaintiff to be fifty-five dollars per hogshead.

It is, therefore, ordered, adjudged and decreed, that the judgment of the District Court be annulled and reversed, and it is further ordered, adjudged and decreed, that the plaintiff recover of the defendants three thousand three hundred dollars, with costs in both courts.